IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01079–LTB–KMT

LISA DWERNYCHUCK,

    Plaintiff,

v.

KIMBERLY-CLARK CORPORATION, a/k/a KIMBERLY-CLARK GLOBAL SALES, INC.,

    Defendant.

---

**ORDER**

---

This matter is before the court on the "Stipulation to Enter into Protective Order" [Doc. # 18, filed August 14, 2008]. The proposed Protective Order is attached thereto.

In *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), the court set forth certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, the court required that any information designated by a party as confidential must first be reviewed by a lawyer and that the designation as confidential must be "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The proposed Protective Order does not comply with the requirements established in *Gillard*. In addition, the parties must proceed by motion and not by stipulation.

Accordingly, it is ORDERED that the Stipulation is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

Dated this 18th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge