IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01079–LTB–KMT

LISA DWERNYCHUCK,

    Plaintiff,

v.

KIMBERLY-CLARK CORPORATION, a/k/a KIMBERLY-CLARK GLOBAL SALES, INC.,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Unopposed Motion for Entry of Protective Order that has been Amended Pursuant to the Court's Order Dated August 18, 2008" (#21, filed August 22, 2008) is GRANTED. The Protective Order will be entered.

Dated: August 28, 2008