**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01079-LTB-KMT

LISA DWERNYCHUK,

          Plaintiff,

v.

KIMBERLY-CLARK GLOBAL SALES, LLC,

          Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


          Defendant's Unopposed Motion for Entry of Order Amending Case Caption (Doc 25 - filed October 1, 2008) is **GRANTED**.

          The caption in this case is amended and corrected to identify Kimberly-Clark Global Sales, LLC as the only Defendant in this litigation.  This Order is retroactive and all documents previously filed in this case are, by virtue of this Order, deemed to have been filed against or on behalf of Kimberly-Clark Global Sales, LLC.




Dated:  October 6, 2008
_____