IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–01079–LTB–KMT

LISA DWERNYCHUCK,

   Plaintiff,

v.

KIMBERLY-CLARK CORPORATION, a/k/a KIMBERLY-CLARK GLOBAL SALES, INC.,

   Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend Scheduling Order" (#28, filed January 17, 2009) is GRANTED. The amended deadline for discovery is February 16, 2009; and all dispositive motions shall be due on or before March 10, 2009.

Dated: January 20, 2009