**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01079-LTB-KMT

LISA DWERNYCHUK,

       Plaintiff,

v.

KIMBERLY-CLARK CORPORATION, a/k/a
KIMBERLY-CLARK GLOBAL SALES, INC.,

       Defendant.

_____

**ORDER**
_____

       Plaintiff filed her Response to the Order to Show Cause on May 4, 2009.

Accordingly, it is

       ORDERED that the Order to Show Cause is DISCHARGED. It is

       FURTHER ORDERED that Plaintiff has up to and including May 11, 2009 to respond

to the Motion for Summary Judgment.


                       BY THE COURT:


                        s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED: May 5, 2009