**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01079-LTB-KMT

LISA DWERNYCHUK,

      Plaintiff,

v.

KIMBERLY-CLARK CORPORATION, a/k/a
KIMBERLY-CLARK GLOBAL SALES, INC.,

      Defendant.
_____

**AMENDED ORDER**
_____

Plaintiff filed her Response to the Order to Show Cause on May 4, 2009. Defendant replied May 5, 2009. Being sufficiently advised, it is

ORDERED that the Order to Show Cause is DISCHARGED. It is

FURTHER ORDERED that Plaintiff has up to and including May 11, 2009 to respond to the Motion for Summary Judgment.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:  May 6, 2009